UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-02695 ADS                         Date:  February 24, 2026

Title:  *Jacqueline Pinkard v. Experian Information Solutions, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On December 3, 2025, Plaintiff filed a Complaint.  (Dkt. No. 1.)  On December 29, 2025, Defendant Experian Information Solutions, Inc. ("Experian") waived service of summons.  (Dkt. No. 7.)  Experian's deadline to file a responsive pleading to the Complaint was February 9, 2026.  To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action against Experian should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **March 3, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>

---